UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO AVILA VERDUZCO and<br>FRANCISCO PADILLA,<br><br>　　　　　Defendants. | NO. CR-05-2087-3-LRS<br>NO. CR-05-2087-5-LRS<br><br>**ORDER DISMISSING INDICTMENTS**<br>**WITHOUT PREJUDICE** |

　　BEFORE THE COURT on March 24, 2006 is the Government's Motion to Expedite, Ct. Rec. 330, filed on March 23, 2006 in No. CR-05-2087-LRS-3, and Ct. Rec. 330, filed in CR-05-2087-LRS-5; the Government's Motion to Continue, Ct. Rec. 328, filed on March 23, 2006 in CR-05-2087-LRS-3, and Ct. Rec. 328, filed in CR-05-2087-LRS-5; the Government's Motion for Material Witness Warrant, Ct. Rec. 333, filed on March 23, 2006 in CR-05-2087-LRS-3, and Ct. Rec. 333, filed in CR-05-2087-LRS-5.

　　Aaron Dalan appeared on behalf of Defendant Padilla, who was also present at the hearing; and George Trejo appeared by telephone on behalf of Defendant Verduzco who was present in the custody of the United States Marshal. The Government, represented by Shawn Anderson, argued that a material witness, co-defendant Arenas, is not available for trial as his whereabouts are currently unknown. The Government requested a continuance

ORDER ~ 1

of approximately one month.  Defendant Verduzco opposed the Government's motion to continue, and requested that the indictments be dismissed with prejudice as it is not likely this witness will be located in the near future, if at all.  Defendant Padilla joined in the request to have the indictment dismissed with prejudice.

The Court has considered the written materials and arguments of counsel and enters this order for the reasons discussed at the hearing. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Government's Motions to Expedite, **Ct. Rec. 330**, filed on March 23, 2006 in No. CR-05-2087-LRS-3, and **Ct. Rec. 330**, filed in CR-05-2087-LRS-5 are **GRANTED**.

2. The Government's Motions to Continue, **Ct. Rec. 328**, filed on March 23, 2006 in CR-05-2087-LRS-3, and **Ct. Rec. 328**, filed in CR-05-2087-LRS-5 are **DENIED.**

3. The Government's Motions for Material Witness Warrant, Ct. Rec. 333, filed on March 23, 2006 in CR-05-2087-LRS-3, and Ct. Rec. 333, filed in CR-05-2087-LRS-5, are **DENIED AS MOOT**, based on the Government's representation in open court that it withdraws the motions.

4. The indictments filed in CR-05-2087-LRS-3 against Defendant Verduzco and Defendant Padilla in CR-05-2087-LRS-5 are hereby **DISMISSED WITHOUT PREJUDICE**.

5. The trial date of March 27, 2006 is **STRICKEN**.

///
///
///

ORDER ~ 2

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to all counsel, the U.S. Probation Office, the U.S. Marshal, and the Jury Administrator.

**DATED** this  24th   day of March, 2006.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER ~ 3